DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
Tel: (520) 322-5000
Fax: (520) 322-5585

Jody A. Corrales (AZ # 024869)
jcorrales@dmyl.com
*Court Appointed Mediator*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 4:17-bk-02442-BMW |
| FABIOLA PEREZ, | (Chapter 13) |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Notice is hereby given that counsel undersigned has been appointed to serve as Mediator through the Court's Mortgage Modification Mediation program. In accordance with Rule 2002(g), Fed R. Bankr. P., undersigned counsel requests that copies of all pleadings and notices be sent to:

Jody A. Corrales, Esq.
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716
jcorrales@dmyl.com

Please take notice that the foregoing request for notice includes, without limitation, notice of any orders, pleadings, motions, applications, demands, requests for hearings, and memoranda and briefs in support of any of the foregoing.

DATED this 19th day of March, 2018.

DeConcini McDonald Yetwin & Lacy, P.C.

By: /s/ *Jody A. Corrales*, #024869
Jody A. Corrales, Esq.
*MMM Mediator*

ORIGINAL electronically filed this
19th day of March, 2018, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

COPIES of the foregoing mailed via electronic or
U.S. Mail this 19th day of March, 2018, to:

Fabiola Perez
2829 N. Tyndall Ave.
Tucson, AZ 85719
*Debtor*

Daniel J. Rylander
DANIEL J. RYLANDER, P.C.
2701 E. Speedway Blvd Ste 203
Tucson, AZ 85716
ecf@robrylaw.com
*Attorney for Debtor*

Nathan Frederick Jones Smith
MALCOLM & CISNEROS, A LAW CORPORATION
2112 Business Center Drive
Irvine, CA 92612
nathan@mclaw.org
*Attorneys for* Specialized Loan Servicing, LLC

Steven M. Cox
WATERFALL ECONOMIDIS CALDWELL ET AL
Williams Center Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
smcox@wechv.com
*Attorneys for* Ally Financial, Inc.

Christopher J. Dylla
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, AZ 85004-1592
christopher.dylla@azag.gov
*Attorneys for* Arizona Department of Revenue

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305
mail@dcktrustee.com
*Chapter 13 Trustee*

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
ustpregion14.px.ecf@usdoj.gov

By */s/ Clarrissa Palma*

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26